# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1872
LT Case No. 2021-DR-1709

_____

RYAN ALAN COX,

Appellant,

v.

LORRAINE MARIE COX,

Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Thomas R. Eineman, Judge.

Scott Timothy Smith, of Scott Timothy Smith, PA, Brooksville, for Appellant.

Lorraine Marie Cox, Ladoga, IN, pro se.

March 19, 2024

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____